## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| PILLOWTEX CORPORATION, et al., | ) |
| | ) |
| | ) |
| PILLOWTEX CORPORATTION; | ) |
| FIELDCREST CANNON, INC.; and | ) |
| THE LESHNER CORPORATION, | ) Civil Action No. 06-00693 |
| | ) |
| Plaintiffs, | ) |
| | ) Related Docket No. 1 |
| v. | ) |
| | ) |
| FEDERATED DEPARTMENT STORES, INC.; | ) |
| FEDERATED COROPORATE SERVICES, INC.; | ) |
| BLOOMINGDALE'S, INC.; BLOOMINGDALE'S | ) |
| BY MAIL, LTD.; and MACY'S DEPARTMENT | ) |
| STORES, INC., | ) Adversary Case No. 06-50806 (PJW) |
| | ) Bankruptcy Case No. 03-12339 (PJW) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL OF MOTION FOR WITHDRAWAL OF
### THE REFERENCE UNDER 28 U.S.C. §157(d) AND FED. R. BANKR. P. 5011

**PLEASE TAKE NOTICE** that on November 14, 2006, Defendants Federated Department Stores Inc., Federated Corporate Services, Inc. Bloomingdale's, Inc., Bloomingdale's by Mail, Ltd., and Macy's Department Stores, Inc. (collectively referred to as "Defendants" or "Federated"), filed its Motion for Withdrawal of the Reference Under 28 U.S.C. §157(d) and Fed. R. Bankr. P. 5011 [Docket No. 1] (the **"Motion"**) with the United States District Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE THAT** the Defendants, by and through their undersigned counsel, hereby withdraw the Motion.

WLM 512392.1

Dated: January 29, 2008                    EDWARDS ANGELL PALMER & DODGE LLP
        Wilmington, Delaware


                                           /s/ Mark D. Olviere
                                           William E. Chipman, Jr. (No. 3818)
                                           Mark D. Olivere (No. 4291)
                                           919 N. Market Street, Suite 1500
                                           Wilmington, DE 19801
                                           Telephone:   (302) 425-7124
                                           Facsimile:   (302) 777-7263
                                           wchipman@eapdlaw.com
                                           molivere@eapdlaw.com

                                                -and-

                                           FEDERATED DEPARTMENT STORES, INC.
                                           David Martin
                                           Suzanne Woodard
                                           611 Olive Street, Suite 1750
                                           St. Louis, MO  63101
                                           Telephone:   (314) 342-6719
                                                        (314) 342-6050
                                           Facsimile:   (314) 342-3066
                                           david.martin@fds.com
                                           suzanne.woodard@fds.com

                                           *Counsel for Defendants Federated Department
                                           Stores, Inc.; Federated Corporate Services, Inc.;
                                           Bloomingdale's, Inc.; Bloomingdale's By Mail, Ltd.;
                                           and Macy's Department Stores, Inc.*

WLM 512392.1

<u>CERTIFICATE OF SERVICE</u>

I, Mark D. Olivere, do hereby certify that on the 29th day of January, 2006 a copy of the foregoing *Notice of Withdrawal of Motion for Withdrawal of the Reference Under 28 U.S.C. §157(d) and Fed. R. Bankr. P. 5011* was served this on the below listed attorneys in the manner so indicated.

**<u>VIA HAND DELIVERY</u>**
Gilbert Richard Saydah, Jr.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

<u>/s/ Mark D. Olviere</u>
Mark D. Olivere (#4291)